GEORGE KNELLER, Respondent, v. HUNTLEY MANUFACTURING COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HERMAN PASTOLOVE, Respondent, v. CROKER NATIONAL FIRE PREVENTION ENGINEERING COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

RUTH SCHOTTLAND, Appellant, v. LILLIAN MANDEL, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ABRAHAM ZIES, an Infant, by DAVID ZIES, His Guardian ad Litem, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Defendant, Impleaded with SAMUEL ULLMAN, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HARRY BRAFF, Appellant, v. ANNA FRIEDA BRAFF, Respondent, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGE LEARY, Respondent, Appellant, v. JOHN FENNING, Appellant, Respondent.— Order affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Assignment for the Benefit of Creditors of ABRAHAM KIRSCHNER to MEYER GREEN and Others. KOSCO REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DAVID E. KENNEDY, INC., v. HARRIS H. URIS and PERCY URIS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK WAGENFOHR v. THE WARDEN OF CITY TOMBS PRISON.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GEORGE CARLES v. TRAVELERS INSURANCE COMPANY.— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

N. A. N. A., INC., v. LAKE & DANENHOWER, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LAWYERS MORTGAGE COMPANY v. NINTH AVENUE AND FIFTY-FIFTH STREET CORPORATION, Impleaded, etc., and THERESA PLOTKIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.